## AVITT J. ROBERTSON *v.* ADREANNE GOOD
### (AC 21213)

Schaller, Dranginis and O'Connell, Js.

Submitted on briefs April 26—officially released May 22, 2001

Per Curiam. The judgment is affirmed.

## PATRICK NEMHARD *v.* COMMISSIONER OF CORRECTION
### (AC 21095)

Schaller, Dranginis and O'Connell, Js.

Submitted on briefs April 26—officially released May 22, 2001

Per Curiam. The appeal is dismissed.

## JAMES CORNEAU *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 20040)

Schaller, Dranginis and Stoughton, Js.

Argued April 24—officially released May 22, 2001

Per Curiam. The judgment is affirmed.